**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>TRU EXPLORATION, LLC<br><br>Debtor(s) | Case No. 15-42176<br>Chapter 7 |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS**
**REGISTRY OF THE UNITED STATES BANKRUPTCY COURT**

The undersigned Trustee of the above styled estate states as follows for her Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That she is the duly qualified and acting Trustee in this case.

2. That she filed a Final Report that was approved by this Court. Final distributions were made.

3. The following check(s) were not negotiated within the 90-day period allowed:

| Check No. | Claimant | Claim No. | Amount |
|---|---|---|---|
| 112 | DaveMoore Drilling Fluids | 10 | $1,399.55 |

These unclaimed funds should be paid into the unclaimed registry of this Court.

4. Pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to the Clerk of the United States Bankruptcy Court in the amount of $1,399.55.

/s/ Linda S. Payne
Linda S. Payne
12770 Coit Road, Suite 541
Dallas, TX 75251
(972)628-4904 Phone
linda@paynetrustee.com

CHAPTER 7 TRUSTEE